```
                                    FILED
                                    August 21, 2008
                                    CLERK, US DISTRICT COURT
                                    EASTERN DISTRICT OF
                                    CALIFORNIA
                                    DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TING THAVISAK, )<br>)<br>Defendant. ) | Case No. MAG. 08-0272 KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TING THAVISAK, Case No. MAG. 08-0272 KJM, Charge Title 21 USC §§ 846; 841(a)(1); 843(b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

 X    Bail Posted in the Sum of $ _150,000_  _Secured by 3 properties._

   X   Unsecured Appearance Bond _pending posting of property,_
       _Co-signed by 3 sisters._
   ___ Appearance Bond with 10% Deposit

   ___ Appearance Bond with Surety

   ___ Corporate Surety Bail Bond

   X   (Other) _Pretrial Services Supervision_
       _of conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 21, 2008  at  3:00  pm.

By _____
Dale A. Drozd
United States Magistrate Judge